SHAWN HALBERT
California SBN 179023
Law Offices of Shawn Halbert
214 Duboce Avenue
San Francisco, California 94103
Telephone: (415) 515-1570
Facsimile: (415) 255-8631
shawn@shawnhalbertlaw.com

Attorney for Defendant
RICKY JOSEPH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 23-CR-191 AMO |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE COURT DATE FROM JANUARY 6, 2025 TO JANUARY 21, 2025 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| RICKY JOSEPH | |
| Defendant. | |

**STIPULATION**

1. The case is currently set for status before this court on January 6, 2025 at 10:30 a.m.

2. Defendant is in custody pursuant to this court's order of detention on December 20, 2025.

3. The parties request that the date be continued to January 21, 2025 in order for the defense to review discovery and meet with Mr. Joseph. Further, defense counsel is unavailable on January 6, 2025.

4. The parties stipulate and agree that it would be appropriate to exclude the time from January 6, 2025 through January 21, 2025 under the Speedy Trial Act to allow for effective preparation of and continuity of counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv). The parties further stipulate and agree that the ends of justice served

STIP. & ORDER
23-CR-191 AMO

by excluding the time from January 6, 2025 through January 21, 2025 from computation under the Speedy Trial Act outweigh the best interests of the public and defendant in the prompt resolution of this case. *See id.* The parties further stipulate and agree that they either did or intended to stipulate that the time between December 20, 2024 and January 6, 2025 was excludable under the Speedy Trial Act for the same reasons as outlined above, for effective preparation of and continuity of counsel, taking into account the exercise of due diligence, and that the ends of justice served by excluding the time outweigh the best interests of the public and defendant in the prompt resolution of this case. *See* 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

Counsel for Mr. Joseph certifies that she has obtained approval from counsel for the United States to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: January 3, 2025

*/s/ Shawn Halbert*
SHAWN HALBERT
Attorney for Defendant Ricky Joseph

DATED: January 3, 2025

ISMAIL RAMSEY
United States Attorney

*/s/ with permission*
JONATHAN LEE
Assistant United States Attorney

STIP. & ORDER
23-CR-191 AMO

**ORDER**

Based upon the representations of counsel and for good cause shown, the Court finds that this matter should be continued from January 6, 2025 to January 21, 2025 at 10:30 a.m.

The Court further finds that that failing to exclude the time from December 20, 2024 through January 21, 2025 would unreasonably deny defense counsel continuity of counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv). The Court further finds that the ends of justice served by excluding the time from December 20, 2024 through January 21, 2025 from computation under the Speedy Trial Act outweigh the best interests of the public and defendant in a speedy trial. *See* § 3161(h)(7)(A).

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that this matter shall be continued from December 20, 2024 through January 21, 2025 at 10:30 a.m., and that the time from December 20, 2024 through January 21, 2025 shall be excluded from computation under the Speedy Trial Act. *See id.*

**IT IS SO ORDERED** this 3rd day of January, 2025.

_____
THE HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge